**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | | |
|---|---|---|
| **FIVE GUYS ENTERPRISES, LLC** | ) | |
| | ) | **Civil Action No.** |
| Plaintiff, | ) | 2:15-cv-000189-AWA-TEM |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF VOLUNTARY** |
| **CASCADES BRANDING INNOVATION LLC,** | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Through counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Five Guys Enterprises, LLC submits this notice of voluntary dismissal with prejudice of its complaint for declaratory judgment against Defendant Cascades Branding Innovation LLC.

This the 9th day of September, 2015.

/s/  *Christine H. Dupriest*
Christine H. Dupriest (VA Bar No. 83098)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
1200 Nineteenth Street, N.W., Suite 500
Washington, D.C.  20036
Tel:  (202) 857-4438
Fax:  (202) 261-0040
Email:  cdupriest@wcsr.com

*Attorney for Plaintiff Five Guys Enterprises, LLC*